United States District Court
Southern District of Texas
**ENTERED**
June 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RADLEY BRADFORD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00586 |
| | § | |
| GOLDMAN SACHS & CO. LLC | § | |
| and | § | |
| GOLDMAN SACHS BANK USA, | § | |
| | § | |
| Defendants. | § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON June 14, 2021 at 9:30 AM

Appearances:        Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | June 18, 2021 |
| New parties/class allegations by: | None |
| Discovery to be completed by: | March 14, 2022 |
| Dispositive motions due by: | March 30, 2022 |
| Docket call to be held at 11:30 AM on: | May 2, 2022 |
| Estimated trial time: 16 hours | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 14th day of June, 2021.

Kenneth M. Hoyt
United States District Judge