# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually and on behalf of a class of similarly situated consumers, | Case No. 4:21-cv-00586 |
| Plaintiff, | |
| v. | |
| GOLDMAN SACHS & CO. LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that RADLEY BRADFORD ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, GOLDMAN SACHS & CO. LLC, have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 60 days.

DATED: February 18, 2022

Respectfully submitted,

**RADLEY BRADFORD**

By: */s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
